# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1216
Lower Tribunal No. 2006-CF-002617-A-O

_____

OLAJUWON GABE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

July 28, 2026

PER CURIAM.

AFFIRMED.

MIZE, GANNAM and KAMOUTSAS, JJ., concur.


Olajuwon Gabe, Malone, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED